UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE J. ABRAHAM,

        Petitioner,                  Case No. 1:08cv117

v.                                    Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 8, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 8, 2008, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.

                                                /s/Robert J. Jonker
                                               ROBERT J. JONKER
                                           UNITED STATES DISTRICT JUDGE

Dated: October 24, 2008